

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00775-CV

**PEPSICO, INC.**,
Appellant

v.

**ALERT SERVICES, INC.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22292
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: April 17, 2024

AGREED MOTION GRANTED; APPEAL DISMISSED

The parties have filed an agreed motion stating they have reached a settlement agreement. In the agreed motion, the parties ask us to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties further state they have agreed to the issuance of the mandate concurrently with our judgment. *See id*. R. 18.1(c).

We grant the parties' agreed motion, set aside the trial court's judgment without regard to the merits, remand the case to the trial court for rendition of judgment in accordance with the

parties' settlement agreement, and dismiss the appeal. *See id*. R. 43.2(d),(f). We direct the clerk of this court to issue the mandate concurrently with our judgment. *See id*. R. 18.1(c).

PER CURIAM